# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 141
:
REACCREDITATION OF THE :
PENNSYLVANIA BAR :  DISCIPLINARY RULES DOCKET
ASSOCIATION WORKERS' :
COMPENSATION LAW :
SECTION :

## <u>ORDER</u>

**PER CURIAM:**

**AND NOW**, this 1st day of July, 2016, upon consideration of the recommendation of the Pennsylvania Bar Association Review and Certifying Board, the Pennsylvania Bar Association Workers' Compensation Law Section is hereby reaccredited as a certifying organization in the area of Workers' Compensation Law for a period of five years commencing January 12, 2017.